**Order entered May 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00507-CV

## IN THE INTEREST OF R.R.-L., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00398-X**

## ORDER

The clerk's record that has been filed in this accelerated appeal does not contain a copy of the final judgment from which the appeal is taken. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than May 13, 2019, a supplemental clerk's record containing the judgment. *See* TEX. R. APP. P. 34.5(c)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/     KEN MOLBERG
        JUSTICE